1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  CHARLES KREPP, | CASE NO. 07cv00012 BTM(LSP) |
| 12                                      Plaintiff, | **ORDER DENYING WITHOUT** |
| 13        vs. | **PREJUDICE MOTION TO REMAND AND GRANTING MOTION TO STAY PROCEEDINGS** |
| 14  MERCK & COMPANY, INC., a corporation; MCKESSON | |
| 15  CORPORATION, a corporation; AMERISOURCEBERGEN DRUG | |
| 16  CORPORATION, a corporation; DOES 1 to 100; PHARMACEUTICAL | |
| 17  DEFENDANT DOES 101 to 200, and DISTRIBUTOR DOES 201-to 300, | |
| 18  inclusive, | |
| 19                                     Defendants. | |

20

Plaintiff Charles Krepp has filed a motion to remand this action to the Superior Court

21
of California, County of Los Angeles.  Defendant Merck & Co, Inc. ("Merck") has filed a

22
motion to stay this action pending a decision of transfer by the Judicial Panel on Multidistrict

23
Litigation ("JPMDL").  For the reasons discussed below, Plaintiff's motion to remand is

24
**DENIED WITHOUT PREJUDICE** and Defendant's motion to stay this action pending transfer

25
proceedings before the JPMDL is **GRANTED**.

26
This action is the subject of a Conditional Transfer Order, conditionally transferring this

27
and other Vioxx cases to the United Stated District Court for the Eastern District of Louisiana

28
("MDL court") for coordinated or consolidated pretrial proceedings.  Plaintiff has filed a notice

1  of opposition with the JPMDL.  To date, there has been no ruling on the transfer.

2  Plaintiff seeks to remand this action on the ground that the Court lacks diversity

3  jurisdiction.  Plaintiff contends that contrary to Merck's claims in its Notice of Removal,

4  defendant McKesson Corporation, a California corporation, was properly joined and is not

5  a "sham" defendant.  Merck seeks to stay all proceedings in this Court pending a transfer

6  decision by the JPMDL.

7  In determining whether to issue a stay of proceedings pending transfer proceedings

8  before the JPMDL, courts consider three factors: (1) potential prejudice to the non-moving

9  party; (2) hardship and inequity to the moving party if the action is not stayed; and (3) the

10  judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact

11  consolidated.  Rivers v. Walt Disney Co., 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).

12  In light of the fact that there are a number of cases before the MDL court (many of

13  which were transferred from this district) presenting the identical issue raised by Plaintiff's

14  motion to remand, the Court finds that a stay of this case pending a transfer decision by the

15  JPMDL would promote judicial economy and avoid the possibility of conflicting rulings.  In

16  addition, a stay would conserve the parties' resources.  Although a stay may result in some

17  delay in the resolution of this case, Plaintiff would not suffer significant prejudice.

18  Accordingly, the Court **GRANTS** Merck's motion to stay these proceedings pending

19  a transfer decision by the JPMDL and **DENIES** Plaintiff's motion to remand **WITHOUT**

20  **PREJUDICE** to renewing the motion either before this Court if the case is not transferred or

21  before the MDL court.

22  **IT IS SO ORDERED.**

23
DATED:  March 5, 2007

24

25  Hon. Barry Ted Moskowitz
26  United States District Judge

27

28